UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF: <br><br>Samsung Smartphone Model SM-F926U ("Target Device 1") | Case No. 22MJ3297 <br><br> ORDER RE: EXTENSION OF TIME TO COMPLETE SEARCH AND ANALYSIS |
|---|---|

IT IS HEREBY ORDERED that, for good cause shown, the time within which the United States may complete its search and analysis of the Samsung Smartphone Model SM-F926U ("Target Device 1") seized pursuant to the search warrant executed in the above-referenced case, is extended for 90 days, to March 7, 2023.

DATED: December 6, 2022.

_____
HONORABLE MITCHELL D. DEMBIN
UNITED STATES MAGISTRATE JUDGE